Robert M. Waxman (S.B.N. 89754)
rwaxman@ecjlaw.com
Pantea Yashar (S.B.N. 234067)
pyashar@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

*Attorneys for AXA Art Insurance Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RUSSELL YOUNG,<br><br>    Plaintiff,<br><br>    v.<br><br>AXA ART INSURANCE CORPORATION, and DOES 1-20, inclusive,<br><br>    Defendants.<br><br>AXA ART INSURANCE CORPORATION<br><br>    Cross-Complainant.<br><br>    v.<br><br>RUSSELL YOUNG, BANK ROBBER LLC, and ROES 1-10, inclusive<br><br>    Cross-Defendants. | **CASE NO:** CV10-3746-SVW (SSx)<br><br>The Honorable Stephen V. Wilson<br><br>Courtroom No.: 6<br><br>**EVIDENTIARY OBJECTIONS TO ROBERT EISFELDER, ESQ.'S DECLARATION ATTACHED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Complaint Filed:** April 22, 2010<br><br>**Hearing Date:** September 13, 2010<br>**Time:**  1:30 p.m.<br>**Trial Date:** November 30, 2010 |

Ervin, Cohen & Jessup LLP

IDOCS:12986.5:1089387.1

1

**AXA'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT EISFEDLER, ESQ.**

Defendant and Cross-Complainant AXA Art Insurance Corporation respectfully offers the following evidentiary objections to Plaintiff and Cross-Defendant Russell Young's counsel's declaration, Robert Eisfelder, attached to Young's Motion For Leave To File A First Amended Complaint as follows:

| Page | Objections | Ruling on Objections |
|---|---|---|
| 11:6-8: "The proposed complaint will not result in a continuance since it will not require the taking of additional depositions aside from those already discussed in the party's joint stipulation regarding the briefing and discovery schedule in this case." | Irrelevant, improper opinion, improper speculation, lacks foundation, argumentative, and conclusion. | Sustained_____<br><br>Denied_____ |
| 11:8-10: "All depositions will be completed well in advance of the anticipated simultaneous designation of experts." | Irrelevant, improper opinion, improper speculation, lacks foundation, argumentative, and conclusion. | Sustained_____<br><br>Denied_____ |
| 11:10-12: "Plaintiff anticipates no significant additional discovery will be generated by the addition of the fraud cause of action against AXA, and it will not result in delay." | Irrelevant, improper opinion, improper speculation, lacks foundation, argumentative, and conclusion. | Sustained_____<br><br>Denied_____ |
| 11:13-14: "The proposed amendment is necessary and proper to allow Plaintiff to recover all damages he suffered from Defendant's conduct in a single lawsuit." | Irrelevant, improper opinion, improper speculation, lacks foundation, argumentative, and conclusion. | Sustained_____<br><br>Denied_____ |
| 11:17-20: "Plaintiff has been diligent in bringing this motion and Defendant will not be prejudiced by the filing of the Proposed First Amended Complaint since the fraud cause of action arises out of the conduct, transactions or occurrences alleged in the original pleading." | Irrelevant, improper opinion, improper speculation, lacks foundation, argumentative, and conclusion. | Sustained_____<br><br>Denied_____ |

Ervin, Cohen & Jessup LLP

IDOCS:12986.5:1089387.1

2

AXA'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ROBERT EISFEDLER, ESQ.

| | | |
|---|---|---|
| 1 | DATED: August 23, 2010 | ERVIN COHEN & JESSUP LLP |
| 2 | | Robert M. Waxman |
| | | Pantea Yashar |

By: _/s/ Pantea Yashar_
    Pantea Yashar
    Attorneys for AXA Art Insurance Corporation

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On August 23, 2010, I served the document described as **EVIDENTIARY OBJECTIONS TO ROBERT EISFELDER, ESQ.'S DECLARATION ATTACHED TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** on counsel for the parties in this action, or on the parties in propria persona, addressed as stated on the attached service list:

[X]   BY MAIL:  By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service.  I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service.  In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]   BY EMAIL:  I caused such document to be sent via email to the name(s) and email address(es) listed above and received confirmed transmission report(s) indicating that these document(s) were successfully transmitted to the parties named therein.

[ ]   BY NEXT-DAY DELIVERY:  Via Overnite Express.  I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express.  In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]   BY FACSIMILE:  I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on August 23, 2010 at Beverly Hills, California.

　　　　　　　　　　　　　　　　　　　　/s/ J. Michael Johnston
　　　　　　　　　　　　　　　　　　　　J. Michael Johnston

IDOCS:12986.5:1088337.1

## SERVICE LIST

Robert W. Eisfelder
Jacobs, Jacobs & Eisfelder, LLP
11755 Wilshire Blvd., Suite 2150
Los Angeles, California  90025
E-mail:  reisfelder@jjelaw.com
Tel:  (310) 820-4500
Fax:  (310) 826-0683